# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# at CHATTANOOGA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **1:19-cr-75** |
| ) | **Judges McDonough/Lee** |
| **NICOLE LEDFORD** ) | |

## NOTICE OF FORFEITURE

NOTICE IS HEREBY GIVEN that the Honorable Travis R. McDonough, United States District Judge for the Eastern District of Tennessee, entered a Preliminary Order of Forfeiture for Substitute Asset against the defendant, Nicole Ledford, on August 25, 2020 (Doc. 164) condemning and forfeiting her interest in the following property, to the United States:

PROPERTY

$ 4,249.10 U.S. currency seized from Federal Bureau of Prisons Trust Fund Account No. 32711-009, held in the name of inmate Nicole Ledford

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of the property in such manner as the United States Attorney General may direct.

Pursuant to 21 U.S.C. § 853(n) if you have a legal interest in the property, WITHIN THIRTY (30) DAYS of the final publication of this notice or receipt of written notice, whichever is earlier, you must petition the United States District Court for the Eastern District of Tennessee for a hearing to adjudicate the validity of your alleged legal interest in the property. If a hearing is requested, it shall be held before the Court alone, without a jury.

THE PETITION must be signed by the petitioner under penalty of perjury, as established in 28 U.S.C. Section 1746, and shall set forth the nature and extent of your right, title or interest in the property, the time and circumstances of your acquisition of the right, title or interest in the property and any additional facts supporting your claim and the relief sought.

Pursuant to 21 U.S.C. § 853(n)(2) neither a defendant in the above-styled case nor his agent is entitled to file a petition.

Any hearing on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other person other than the defendant named above.

You have the right at the hearing to testify and present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing.

If you fail to file a petition to assert your right, title or interest in the above-described property, within thirty (30) days of this notice, your right, title and interest in the property shall be lost and forfeited to the United States. The United States then shall have clear title to the property herein described and may warrant good title to any subsequent purchaser or transferee.

The petition shall be filed with the United States District Court for the Eastern District of Tennessee at Chattanooga at 900 Georgia Avenue, Chattanooga, Tennessee, 37402. A copy of this petition also shall be served upon the United States to the attention of Gretchen Mohr, Assistant United States Attorney, 800 Market Street, Suite 211, Knoxville, Tennessee 37902.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices.

    Respectfully submitted,

    J. DOUGLAS OVERBEY
    United States Attorney


By:    *s/Gretchen Mohr*
    Gretchen Mohr
    Assistant United States Attorney
    United States Attorney's Office
    800 Market Street, Suite 211
    Knoxville, Tennessee 37902
    gretchen.mohr@usdoj.gov
    (865) 545-4167
    NY Bar No. 5064704